ADAM L. BRAVERMAN
United States Attorney
ROBERT CIAFFA
Assistant U.S. Attorney
California State Bar No. 179432
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7748
Email: robert.ciaffa@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18CR3554-H |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| JACOB BURRELL CAMPOS, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should also be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

NONE.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in

1 this case (if the generic "U.S. Attorney CR" is still listed as active in this case in
2 CM/ECF, please terminate this association):
3     NONE.

    DATED:  August 15, 2018

                                    Respectfully submitted,

                                    ADAM BRAVERMAN
                                    United States Attorney


                                    */s/ Robert Ciaffa*
                                    ROBERT CIAFFA
                                    Assistant United States Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA,   )   | Case No. 18CR3554-H |
|                              )   |   |
|   Plaintiff,                 )   |   |
|                              )   |   |
|   v.                         )   |   |
|                              )   | CERTIFICATE OF SERVICE |
| JACOB BURRELL CAMPOS,        )   |   |
|                              )   |   |
|                              )   |   |
|   Defendant.                 )   |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, Robert Ciaffa, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** via the District Court's ECF system, which electronically notifies all parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2018

/s/ *Robert Ciaffa*
ROBERT CIAFFA
Assistant U.S. Attorney