AO 442



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 15 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Jacob Burrell Campos

**WARRANT FOR ARREST**

Case Number: 18-cr-3554-H

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jacob Burrell Campos _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1960(a) – Unlicensed Money Transmitting Business
31:5318(h) – Failing to Maintain Anti-Money Laundering Program
18:1956(a)(2)(A) – Money Laundering
18:371;31:5324(c) – Conspiracy to Structure
18:982(a)(1),(b)(1);31:5317(c)(1)(A),(B) – Criminal Forfeiture

2018 AUG -9 PM 2:5_
RECEIVED
U.S. MARSHALS-S/CA

ARRESTED BY: Brett Finn
DATE: 8/14/18
STEVEN C. STAFFORD
U.S. MARSHAL S/CA
BY: [signature]

In violation of Title _____ See Above _____ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ L. Cervantes [signature]
Signature of Deputy

8/9/2018; San Diego, CA
Date and Location

Bail fixed at $ _____ No Bail _____ by _____ The Honorable Jill L. Burkhardt _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |