```
RUSSELL S. BABCOCK
California State Bar No. 99130
LAW OFFICES OF RUSSELL S. BABCOCK
1901 First Avenue # 138
San Diego, California 92101
Russbab@gmail.com
(619) 531-0887
```

FILED
AUG 17 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# THE HONORABLE KAREN S. CRAWFORD

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-03554-H-1 |
| Plaintiff, | MOTION FOR SUBSTITUTION OF COUNSEL |
| v. | |
| JACOB BURRELL CAMPOS | |
| Defendant. | |

Defendant, JACOB BURRELL CAMPOS, hereby requests and does consent that Attorney Russell S. Babcock be substituted in as attorney of record. Defendant further requests that all previous counsel be relieved as attorneys of record.

Dated: August 16, 2018

Respectfully Submitted,

/s/ Russell S. Babcock
Russell S. Babcock

I consent to this substitution:
Dated:

Jacob Burrell

I consent to this substitution:
Dated: 8/17/18

Jami L. Ferrara
Attorney at Law