ADAM L. BRAVERMAN
United States Attorney
ROBERT CIAFFA
Assistant U.S. Attorney
California Bar No.: 179432
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7748
Email:  Robert.ciaffa@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18CR3554-H |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY |
| JACOB BURRELL CAMPOS, | |
| Defendant. | |

    The United States of America, by and through its undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 16(d) and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), moves the court for a protective order regarding discovery. In support thereof, the Government states:

    1.   The defendant in the above-captioned case is charged with operating an unlicensed money transmitting business, money laundering, and related financial crimes.  The discovery in this case is voluminous, and includes emails and text messages with hundreds of individuals throughout the United States, bank records, and other records of monetary transactions.

2.   Many, if not most, of the discovery materials contain personal identifiable information (PII), such as names, addresses, dates of birth, and bank account numbers.

3.   In order to protect the privacy of the individuals who conducted business with the defendant, and to avoid the unnecessary dissemination of PII, the Government requests that the Court grant a protective order regulating discovery.

4.   Defense counsel, Russell Babcock, Esq., has no objection to a protective order under the circumstances.

5.   The Government will submit a proposed protective order to the court for consideration.

Dated: August 17, 2018                    Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

/s/ ROBERT CIAFFA
Assistant United States Attorney