# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18CR3554-H |
|---|---|
| v. | |
| JACOB BURRELL-CAMPOS, | CERTIFICATE OF SERVICE |
| Defendant | |

IT IS HEREBY CERTIFIED THAT:

I, Robert Ciaffa, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California, 92101-8893.

I am not a party to the above-entitled action. I have caused service of the "Government's Motion for Protective Order Regarding Discovery" on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Russell Babcock, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2018       *s/ ROBERT CIAFFA*
                                  Robert Ciaffa