MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  USA  | VS | JACOB CAMPOS |
|---|---|---|

Case Number: 18CR3554-H        EXHIBIT LIST

☒ Plaintiff   ☐ Defendant   ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 8/17/18 | 8/17/18 | BITCOIN DOCUMENT |
| 2 | 8/17/18 | 8/17/18 | BITCOIN DOCUMENT |
| 3 | 8/17/18 | 8/17/18 | BITCOIN DOCUMENT |
| 4 | 8/17/18 | 8/17/18 | PHOTO |
| 5 | 8/17/18 | 8/17/18 | CHART |
| 6 | 8/17/18 | 8/17/18 | CHART |
| 7 | 8/17/18 | 8/17/18 | CHART |
| 8 | 8/17/18 | 8/17/18 | PHOTO |
| 9 | 8/17/18 | 8/17/18 | EMAIL |
| 10 | 8/17/18 | 8/17/18 | EMAIL |
| 11 | 8/17/18 | 8/17/18 | CHART |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



FILED
AUG 17 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY