# Jacobbubble

# Information on Jacobbubble

**Trade volume**

500+ BTC

**Number of confirmed trades**

**1000+**

…with **1635** different partners

**Feedback score**

**99 %**

**First purchase**

2 years, 9 months ago (2015-10-26T18:41:23+00:00)

**Account created**

4 years, 10 months ago (2013-10-18T03:17:20+00:00)

**Last seen**

3 months, 3 weeks ago (2018-04-21T21:18:53+00:00)

**Language**

English

**Email**

   Verified 2 years, 4 months ago (2016-04-07T07:26:59+00:00)

**Phone number**

   Verified 4 years, 10 months ago (2013-10-18T03:21:32+00:00)

**ID, Passport or Driver's license**

   Verified 2 years, 10 months ago (2015-10-17T20:12:08+00:00)

**Trust**



GOVERNMENT EXHIBIT

CASE NO. 18cr3554-H

EXHIBIT NO. 1