DATE: June 9, 2015 02:22:37 +00:00
SUBJECT: **Re: bitcoin**
FROM: jacob burrell <jacob.bubble1@gmail.com>
REPLY-TO: jacob.bubble1@gmail.com
TO (1): dimitri petrov <8dimitrip@gmail.com>
ATTACHMENTS (1):  BOA No Refunds.jpg



Date: Tue, 09 Jun 2015 02:22:37 UTC
Subject: Re: bitcoin
From: jacob.bubble1@gmail.com
To: 8dimitrip@gmail.com
Has Attachment: Yes


I usually trade 5% above market. Right now, I do about 100K in sales a week. If I have coins, I can do it right away no problem. I'm scalling up so that I will always have enough coins all the time. For the time being, check with me and I will usually have enough.


On Mon, Jun 8, 2015, 19:01 dimitri petrov <8dimitrip@gmail.com> wrote:


Not sure on that. It comes sporadically. At minimum, I need $40K/.month. Potentially, I could end up needing a lot more than that.

What I need is someone who's consistently going to have it or can get it relatively quick, ie.24hrs or so. I have a lot of friends that could benefit from an easy cash deposit to Bit transfer.

Can you give me a set % on cost per Bit.


Like market value atm plus x%


On Mon, Jun 8, 2015 at 8:44 PM, Jacob Burrell <jacob.bubble1@gmail.com> wrote:


When will you need more?


On Jun 8, 2015 18:39, "Jacob Burrell" <jacob.bubble1@gmail.com> wrote:

Can you send me a bitcoin address to send to you directly?


Jacob Burrell


Head Curator at


Tel: (619) 796-2236


On Mon, Jun 8, 2015 at 4:29 PM, dimitri petrov <8dimitrip@gmail.com> wrote:


Yeah, I sent it on Localbitcoins.com, but I'll send again here. Inline image 1


On Mon, Jun 8, 2015 at 6:27 PM, Jacob Burrell <jacob.bubble1@gmail.com> wrote:


Can you send the receipt. Ripped in half with "No refunds" on it. Also give me a min, driving



On Mon, Jun 8, 2015, 16:21 dimitri petrov <8dimitrip@gmail.com> wrote:


Money is there, bro.
$6,000


On Mon, Jun 8, 2015 at 5:39 PM, Jacob Burrell <jacob.bubble1@gmail.com> wrote:


Sounds good.

**Bank of America**

Custo[mer]
Recei[pt]

All items are credited subject to verification, collection, and conditions
by law. Payments are accepted when credit is applied to o[utstanding]
after the Bank's posted cut-off time or Saturday, Sunday, and Bank Ho[lidays]
Please retain this receipt until you receive your account statement.
Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and
more at thousands of convenient ATM locations.

*No Refunds*

Member FDIC
95-14-2005B   10-2012

of the Rules and Regula[tions] as otherwise provided
balances and not upon issuan[ce] Transactions received
lidays, are dated and considered re[ceived] the next business day.

```
Tran 00291    06/08/2015    15:34
Entity MCA   CC 0002480 Tlr 00009
Account                ********8408
R/T# 540930135
Deposit                            $6,000.00


IntRef#        109F3SSAH7B75AEEA2E3
```