DATE: January 11, 2015 14:16:18 +00:00
SUBJECT: **1200**
FROM: <fastrun581@gmail.com>
REPLY-TO: fastrun581@gmail.com
TO (1): jacob burrell <jacob.bubble1@gmail.com>



GOVERNMENT EXHIBIT
CASE NO. 18cr3554-H
EXHIBIT NO. 3

Date: Sun, 11 Jan 2015 14:16:18 UTC
Subject: 1200
From: fastrun581@gmail.com
To: Jacob.bubble1@gmail.com
Has Attachment: No

Live => | 6100930112143702 | 25419816 | Balance: $250.00 | Clear
Live => | 6082758114207718 | 47476171 | Balance: $250.00 | Clear
Live => | 6082760246934661 | 47131971 | Balance: $300.00 | Clear
Live => | 6073822415562479 | 77945450 | Balance: $300.00 | Clear
Live => | 6082762421865720 | 16231474 | Balance: $50.00 | Clear
Live => | 6082761217953694 | 86330011 | Balance: $50.00 | Clear

Live => | 6100930112143702 | 25419816 | Balance: $250.00 | Clear

DATE:      April 4, 2015 01:58:43 +00:00
SUBJECT:   1k
FROM:      <fastrun581@gmail.com>
REPLY-TO:  fastrun581@gmail.com
TO (1):    jacob burrell <jacob.bubble1@gmail.com>

Date: Sat, 04 Apr 2015 01:58:43 UTC
Subject: 1k
From: fastrun581@gmail.com
To: Jacob.bubble1@gmail.com
Has Attachment: No

RapidBoard545@yahoo.com | Abc123456 |
 6082761837932504 | 97541618 | Balance: $100.00
6082761859105786 | 45660859 | Balance: $100.00 |
6082761864004934 | 26903627 | Balance: $100.00

MushySack990@yahoo.com | Abc123456 |
6082761829193581 | 51031595 | Balance: $100.00 |
6082761831231249 | 36996667 | Balance: $100.00 |

TackyLawyer422@yahoo.com | Abc123456 |
6082761693208237 | 45006457 | Balance: $100.00 |
6082761811137887 | 86534619 | Balance: $100.00 |
6082761816413751 | 90245129 | Balance: $100.00 |

card number:   6094 7673 9619 2956 ,
Email: TerrenceNeho49586@gmail.com
Password: Danchoi8866

number:   6094 7673 9652 8000,
Email: KealaKupihea78974@aol.com
Password: Danchoi8866

RapidBoard545@yahoo.com | Abc123456 |
 6082761837932504 | 97541618 | Balance: $100.00
6082761859105786 | 45660859 | Balance: $100.00 |

MushySack990@yahoo.com | Abc123456 |

DATE:      March 17, 2016 17:41:23 +00:00
SUBJECT:   600
FROM:      jd john <fastrun581@gmail.com>
REPLY-TO:  fastrun581@gmail.com
TO (1):    jacob burrell <jacob.bubble1@gmail.com>

Date: Thu, 17 Mar 2016 17:41:23 UTC
Subject: 600
From: fastrun581@gmail.com
To: Jacob.bubble1@gmail.com
Has Attachment: No

Janchwarzkop092f@yail.com      50
Brooel7#
8310

Josephscione0293@gmail.com     50
Brooel7#
5868

ARTHURLKINGTON093@gmail.com    50
Brooel7#
0657

WAYNEGOOTEE4893@yahoo.com      50
Heraty01*
2064

noinc1278@hotmail.com          50
Jeanes44*
8270

Richaarton@hotmail.com         50
Caaser80#

joseplll@yahoo.com             50
Fearr4#4
1413

Jilroth@yahoo.com              50
Oeeea342^
4634

michaelfeliu@gmail.com          50
Brooel7#

Jeffreychinsky123@hotmail.com   50
Rsodof8#
6370

BOBBIEMler98LLER@hotmail.com    50
Foowle98!
7065

StephenStone@yahoo.com          50
Sax1234!