

AO386-D

**GOVERNMENT EXHIBIT**

CASE NO. 18cr3554H

EXHIBIT NO. 4



**BAJA CALIFORNIA**
GOBIERNO DEL ESTADO

**AUTOMOVILISTA**



DRIVER'S LICENSE

GOBIERNO DEL ESTADO DE BAJA CALIFORNIA

SECRETARÍA DE PLANEACIÓN Y FINANZAS

**LICENCIA DE CONDUCIR**

No. **BC09ABKEFZ7**

Nombre / Name
**JACOB JULIO
BURRELL CAMPOS**

RFC / RFC
**BUCJ961217 - XXX**

Dirección / Address
**MIRADOR L 5-M 309
PUESTA DEL SOL
ROSARITO 22710
BAJA CALIFORNIA**

Expedida / Issued: **14-JUL-17**

Vence / Expires: **17-DIC-22**

Mtro. Eladimiro Hernández Díaz
Jefe de Planeación y Finanzas



**Reddit post – September 2017**

English is my first language. Sorry if I made a lot of grammatical mistakes above.

This last friday (09/01/2017), I was rudely awoken by six Mexican federal police officers (many of which were armed with assault weapons). They ordered me to get up and get dressed because they were going to search my house.

I was informed by the officials that there had been an anonymous report made that there were: * Unregistered firearms * Someone held captive against their will

They searched the house, made many questions that didn't seem to have any relevance to the report. Many financially related. I was asked about the nature of my work at least four different times by separate officials during the investigation. At one point, after being frustrated by their repetitive and intrusive questioning, I rhetorically asked if they were going to ask about what I ate yesterday. The official replied by saying he would have a judge ask me what I ate the day before under oath if I didn't comply with answering his questions. Of course, they didn't find anything (because I don't have anything illegal -_-). After they falsely assumed I confirmed that my property wasn't displaced or damaged, they left.

Some possibly relevant facts about the case: * The officials DID identify themselves at my request. It doesn't seem they were impersonating. * They were unable (or possibly unwilling) to give me any document, number, or reference of any kind to prove the event took place. * I was unfortunately unable to record the event as my phone was not charged however, there was a female official who was recording with her smartphone. I wonder if anyone knows if and how I'd be able to get a copy of that video. The only thing I have is my word, and the witness of my girlfriend who was also present and interrogated separately probably to corroborate facts. * I live in Rosanto, Mexico. I've lived here for about two years and in Mexico in general * I demanded a lawyer from the start, but was ignored/denied at each of my three requests. * I was told that if we didn't give voluntarily access to the property, the military would be brought to handle a more in-depth investigation. * The event begun and ended between 07:00 - 10:00 in the morning. * To the best of my knowledge, no personal property was damaged or damaged during the investigation. * To the best of my knowledge, this is the FIRST search of my house while I've lived here.

In conclusion, I was unprepared for this. I did understand that these types of warrantless-searches were legally possible in Mexico. I just didn't understand that a possible trigger was a baseless phone call with no one to be held accountable in the event of a false claim. If it's true that someone can make a phone call and easily have a warrantless, tax-funded search that disrupts the peace and privacy of any residential house in Mexico, that seems like a system vulnerable to abuse without any repercussions. **In no uncertain terms, I am not suggesting this.** I just want to bring attention to what seems to be an absurd system and get my memory online before I can't remember the details clearly since I don't have a recording.

52 comments   share   save   hide   report