JAN - MAR 2018

GOVERNMENT EXHIBIT

CASE NO. 18-CR-3554-H

EXHIBIT NO. 5

| Reference | Date | Status | Description | Debit | Credit | Category | Running Balance |
|---|---|---|---|---|---|---|---|
| | 2018-01-15 | Reconciled | transaction #4493522 | | $175,997.36 | Other | $175,997.36 |
| | 2018-01-16 | Pending | Veldt sent 21.082 bch to bubble. | | | Crypto Bubble | |
| | 2018-01-16 | Completed | Veldt sent 259 ltc to bubble. | | $47,915.00 | Crypto Bubble | $223,912.36 |
| | 2018-01-18 | Completed | via cash handed in Rosarito | $9,000.00 | | Bubble USD | $214,912.36 |
| | 2018-01-18 | Completed | Safe and equipment expenses | | $785.40 | Other | $215,697.76 |
| | 2018-01-18 | Completed | times | | $450.00 | Other | $216,147.76 |
| | 2018-01-18 | Completed | Bubble Wired 50,132.00 to Joe | $50,132.00 | | Bubble USD | $166,015.76 |
| | 2018-01-18 | Completed | bubble's bank account | | $500.00 | Bubble USD | $166,515.76 |
| 82148 | 2018-01-19 | Reconciled | via cash handed in TJ | $9,000.00 | | Bubble USD | $157,515.76 |
| 64826 | 2018-01-20 | Completed | via cash otay exchange | $9,002.00 | | Bubble USD | $148,513.76 |
| 89233 | 2018-01-20 | Reconciled | x pay | | $50.00 | Veldt Labor | $148,563.76 |
| 85257 | 2018-01-22 | Completed | Veldt sent 41.1 bch to bubble | | $66,380.00 | Crypto Bubble | $214,943.76 |
| 27673 | 2018-01-22 | Reconciled | Veldt set 2.246 BTC to bubble | | $24,027.00 | Crypto Bubble | $238,970.76 |
| 94111 | 2018-01-22 | Completed | x pay | | $50.00 | Veldt Labor | $239,020.76 |
| 44757 | 2018-01-22 | Completed | via cash handed in TJ from safe | $9,000.00 | | Bubble USD | $230,020.76 |
| 2956 | 2018-01-23 | Completed | via cash handed in TJ | $9,000.00 | | Bubble USD | $221,020.76 |
| 85907 | 2018-01-23 | Completed | RJ set beginning 01/23 | $40,485.00 | | RJ USD | $180,535.76 |
| 22698 | 2018-01-23 | Completed | x pay | | $50.00 | Veldt Labor | $180,585.76 |
| 25141 | 2018-01-24 | Completed | Veldt Via wire | $75,040.00 | | Bubble USD | $105,545.76 |
| 88875 | 2018-01-26 | Completed | cash in Otay | $9,000.00 | | Bubble USD | $96,545.76 |
| 46472 | 2018-01-26 | Completed | Veldt sent 26.44 BCH to bubble | | $43,250.00 | Crypto Bubble | $139,795.76 |
| 56678 | 2018-01-26 | Completed | x pay | | $50.00 | Veldt Labor | $139,845.76 |
| 53630 | 2018-01-27 | Completed | cash in TJ | $9,000.00 | | Bubble USD | $130,845.76 |
| 82510 | 2018-01-27 | Completed | x pay | | $50.00 | Veldt Labor | $130,895.76 |
| 68527 | 2018-01-28 | Reconciled | Bubble transfered 7.5k via cash | $7,500.00 | | Bubble USD | $123,395.76 |
| 42428 | 2018-01-28 | Completed | rosarito | $9,000.00 | | Bubble USD | $114,395.76 |
| 34109 | 2018-01-28 | Reconciled | x pay | | $50.00 | Bubble USD | $114,445.76 |
| 89192 | 2018-01-29 | Reconciled | cal coast | | $5,300.00 | Bubble USD | $119,745.76 |
| 17737 | 2018-01-29 | Completed | TJ | $9,000.00 | | Veldt USD | $110,745.76 |
| 9424 | 2018-01-29 | Completed | RJ set beginning 01/28 | $43,241.00 | | RJ USD | $67,504.76 |
| 89085 | 2018-01-29 | Completed | x pay | | $50.00 | Veldt Labor | $67,554.76 |
| 66104 | 2018-01-29 | Reconciled | Bubble handed to Joe in SD | $9,000.00 | | Bubble USD | $58,554.76 |
| 47409 | 2018-01-30 | Completed | rose | $9,500.00 | | Rose USD | $49,054.76 |
| 76459 | 2018-01-30 | Completed | Veldt sold 1.419 btc | | $13,985.66 | Crypto Bubble | $63,040.42 |
| 77732 | 2018-01-30 | Completed | Veldt received 30053.85 wire | $30,053.85 | | Bubble USD | $32,986.57 |
| 57994 | 2018-01-30 | Reconciled | Joe received 9k in otay | $9,000.00 | | Bubble USD | $23,986.57 |
| 3622 | 2018-01-31 | Completed | velt sent 493.33ltc to co7 | | $78,930.00 | Crypto Bubble | $102,916.57 |
| 12660 | 2018-01-31 | Completed | Bubble wire | $45,103.49 | | Bubble USD | $57,813.08 |
| 37286 | 2018-01-31 | Completed | Bubble handed 9.5k to joe in TJ | $9,500.00 | | Bubble USD | $48,313.08 |
| 81377 | 2018-01-31 | Completed | Veldt selt 171.65 | | $28,150.00 | Crypto Bubble | $76,463.08 |
| 33436 | 2018-01-31 | Completed | Rose handed joe 9.5k in sd | $9,500.00 | | Rose USD | $66,963.08 |
| 89746 | 2018-01-31 | Reconciled | Veldt sent 3.22 btc | | $31,725.00 | Crypto Bubble | $98,688.08 |
| 17088 | 2018-02-01 | Completed | veldt sent 681.98 to 1j8 | | $96,936.34 | Crypto Bubble | $195,624.42 |
| 46460 | 2018-02-01 | Completed | Veldt sent 18.05 BTC to Flo | | $165,879.00 | Crypto Bubble | $361,503.42 |
| 21670 | 2018-02-01 | Completed | Joe received 9.5k in tj | $9,500.00 | | Veldt USD | $352,003.42 |

| ID | Date | Status | Description | Amount In | Amount Out | Account | Balance |
|---|---|---|---|---|---|---|---|
| 75965 | 2018-02-01 | Completed | x pay | | $50.00 | Veldt Labor | $352,053.42 |
| 96810 | 2018-02-03 | Completed | Veldt sent 754 ltc to Lzv | | $111,302.00 | Crypto Bubble | $463,355.42 |
| 99176 | 2018-02-03 | Completed | Vedlt sent 7.89 BCH Syn | | $9,744.00 | Crypto Bubble | $473,099.42 |
| 5355 | 2018-02-04 | Completed | RJ set beginnng 02/05 | $52,629.00 | | RJ USD | $420,470.42 |
| 39969 | 2018-02-05 | Completed | Veldt Sent 14.8 | | $102,121.00 | Crypto Bubble | $522,591.42 |
| 72992 | 2018-02-05 | Completed | Bubble handed 9.5K to veldt. No x | $9,500.00 | | Bubble USD | $513,091.42 |
| 22648 | 2018-02-05 | Completed | Veldt Sent 99 ETH | | $70,983.00 | Crypto Bubble | $584,074.42 |
| 71445 | 2018-02-05 | Completed | Veldt sent 19.83 BCH | | $18,441.90 | Crypto Bubble | $602,516.32 |
| 63768 | 2018-02-05 | Completed | VELDT sent 2.134 | | $14,583.00 | Crypto Bubble | $617,099.32 |
| 33878 | 2018-02-07 | Completed | Jacob set | $9,500.00 | | Bubble USD | $607,599.32 |
| 33587 | 2018-02-07 | Completed | Rose handed joe 9.5k in sd | $9,500.00 | | Rose USD | $598,099.32 |
| 7522 | 2018-02-07 | Completed | Rose handed joe 9.5k in sd | $9,460.00 | | Rose USD | $588,639.32 |
| 63396 | 2018-02-07 | Completed | Joe recieved 9005 in tj | $9,005.00 | | Bubble USD | $579,634.32 |
| 70185 | 2018-02-07 | Reconciled | x pay | | $50.00 | Veldt Labor | $579,684.32 |
| 72520 | 2018-02-08 | Completed | Bubble wire | $82,189.61 | | Bubble USD | $497,494.71 |
| 21811 | 2018-02-09 | Completed | Veldt received in tj | $9,500.00 | | Veldt USD | $487,994.71 |
| 23688 | 2018-02-09 | Completed | x pay | | $50.00 | Veldt Labor | $488,044.71 |
| 9575 | 2018-02-10 | Completed | Veldt received in tj | $9,500.00 | | Veldt USD | $478,544.71 |
| 34714 | 2018-02-10 | Completed | x pay | | $50.00 | Veldt Labor | $478,594.71 |
| 80160 | 2018-02-11 | Completed | Veldt received in tj | $9,500.00 | | Veldt USD | $469,094.71 |
| 13905 | 2018-02-11 | Completed | x pay | | $50.00 | Veldt Labor | $469,144.71 |
| 82026 | 2018-02-12 | Completed | Veldt received in Tj | $9,500.00 | | Veldt USD | $459,644.71 |
| 17873 | 2018-02-12 | Reconciled | x pay | | $50.00 | Veldt Labor | $459,694.71 |
| 31771 | 2018-02-12 | Completed | Bubble handed in SD no x | $7,460.00 | | Bubble USD | $452,234.71 |
| 13147 | 2018-02-13 | Completed | Rose handed joe 9.5k in sd | $19,000.00 | | Rose USD | $433,234.71 |
| 12241 | 2018-02-13 | Completed | Veldt received in Tj | $9,500.00 | | Veldt USD | $423,734.71 |
| 55539 | 2018-02-13 | Completed | x pay | | $50.00 | Veldt Labor | $423,784.71 |
| 99853 | 2018-02-14 | Completed | Veldt received in Tj | $9,500.00 | | Veldt USD | $414,284.71 |
| 61479 | 2018-02-14 | Reconciled | x pay | | $50.00 | Veldt Labor | $414,334.71 |
| 16431 | 2018-02-15 | Completed | veldt received in Tj | $9,500.00 | | Veldt USD | $404,834.71 |
| 26954 | 2018-02-15 | Completed | veldt received in Tj | | $50.00 | Veldt Labor | $404,884.71 |
| 49773 | 2018-02-15 | Completed | Vedlt sent 34.88 btc | | $346,148.00 | Crypto Bubble | $751,032.71 |
| 28079 | 2018-02-15 | Completed | bubble sent wire 83482.06 | $83,482.06 | | Bubble USD | $667,550.65 |
| 36566 | 2018-02-16 | Completed | veldt received in Tj | $9,500.00 | | Veldt USD | $658,050.65 |
| 25886 | 2018-02-16 | Reconciled | x pay | | $50.00 | Veldt Labor | $658,100.65 |
| 91152 | 2018-02-17 | Completed | veldt received in Tj | $9,500.00 | | Veldt USD | $648,600.65 |
| 58818 | 2018-02-17 | Completed | x pay | | $50.00 | Veldt Labor | $648,650.65 |
| 87992 | 2018-02-18 | Completed | veldt received in Tj | $9,500.00 | | Veldt USD | $639,150.65 |
| 16341 | 2018-02-18 | Reconciled | x pay | | $50.00 | Veldt Labor | $639,200.65 |
| 53756 | 2018-02-19 | Reconciled | veldt sent btc for lock hold 8.9156 | | $98,811.59 | Crypto Bubble | $738,012.24 |
| 1120 | 2018-02-19 | Completed | veldt received in Tj | $9,500.00 | | Veldt USD | $728,512.24 |
| 77976 | 2018-02-19 | Completed | x pay | | $50.00 | Veldt Labor | $728,562.24 |
| 21387 | 2018-02-20 | Completed | bubble sent wire 133552.58 | $133,552.58 | | | $539,750.66 |
| 41994 | 2018-02-20 | Completed | Bubble delivered in SD | $9,460.00 | | Bubble USD | $585,549.66 |
| 14095 | 2018-02-20 | Completed | veldt received in Tj | $9,500.00 | | Veldt USD | $576,049.66 |
| 13953 | 2018-02-20 | Reconciled | x pay | | $50.00 | Veldt USD | $576,099.66 |

| ID | Date | Status | Description | Amount | Amount 2 | Category | Balance |
|---|---|---|---|---|---|---|---|
| 11872 | 2018-02-20 | Reconciled | Rose handed joe 19k in sd | $19,000.00 | | Rose USD | $557,099.66 |
| 43070 | 2018-02-21 | Completed | Veldt received in Tj | $8,284.00 | | Veldt USD | $548,815.66 |
| 92834 | 2018-02-21 | Completed | x pay | | $50.00 | Veldt Labor | $548,865.66 |
| 41897 | 2018-02-21 | Reconciled | Bubble delivered in SD | $9,115.00 | | Bubble USD | $539,750.66 |
| 71837 | 2018-02-21 | Reconciled | 400 pesos | $21.65 | | Other | $539,729.01 |
| 58618 | 2018-02-22 | Completed | rj set beginning 2/13 | $48,887.00 | | RJ USD | $490,842.01 |
| 99150 | 2018-02-22 | Completed | Rose delivered in Sd | $9,500.00 | | Rose USD | $481,342.01 |
| 74401 | 2018-02-22 | Completed | rj set beginning 2/22 | $69,510.00 | | RJ USD | $411,832.01 |
| 55605 | 2018-02-23 | Completed | Veldt received in TJ | $9,500.00 | | Veldt USD | $402,332.01 |
| 62644 | 2018-02-23 | Completed | x pay | | $50.00 | Veldt Labor | $402,382.01 |
| 94935 | 2018-02-24 | Completed | Veldt received in TJ | $9,500.00 | | Veldt USD | $392,882.01 |
| 62063 | 2018-02-24 | Completed | x pay | | $50.00 | Veldt Labor | $392,932.01 |
| 95496 | 2018-02-25 | Completed | veldt received in TJ | $9,500.00 | | Veldt USD | $383,432.01 |
| 1122 | 2018-02-25 | Completed | x pay | | $50.00 | Veldt Labor | $383,482.01 |
| 93153 | 2018-02-26 | Completed | bubble sent wire 170k | $174,633.66 | | Bubble USD | $208,848.35 |
| 38839 | 2018-02-26 | Completed | Veldt received in TJ | $9,500.00 | | Veldt USD | $199,348.35 |
| 48628 | 2018-02-26 | Completed | x pay | | $50.00 | Veldt Labor | $199,398.35 |
| 59395 | 2018-02-26 | Completed | Veldt handed to steve | | $30,000.00 | Steve USD | $229,398.35 |
| 96075 | 2018-02-26 | Completed | Veldt. Limit order placed @ 10181 | $15,284.00 | | Crypto Bubble | $214,114.35 |
| 76283 | 2018-02-27 | Completed | Veldt received in TJ | $9,500.00 | | Veldt USD | $204,614.35 |
| 18253 | 2018-02-27 | Completed | x pay | | $50.00 | Veldt Labor | $204,664.35 |
| 36036 | 2018-02-27 | Completed | 2000 pesos | $108.00 | | Other | $204,556.35 |
| 27376 | 2018-02-27 | Reconciled | bubble handed in SD no x | $9,400.00 | | Bubble USD | $195,156.35 |
| 14012 | 2018-02-28 | Completed | Veldt received in TJ | $9,500.00 | | Veldt USD | $185,656.35 |
| 1895 | 2018-02-28 | Completed | x pay | | $50.00 | Veldt Labor | $185,706.35 |
| 22350 | 2018-03-01 | Completed | Veldt received in TJ | $9,500.00 | | Veldt USD | $176,206.35 |
| 1920 | 2018-03-01 | Completed | x pay | | $50.00 | Veldt Labor | $176,256.35 |
| 45342 | 2018-03-02 | Completed | vedlt received in TJ | $9,500.00 | | Veldt USD | $166,756.35 |
| 16981 | 2018-03-02 | Completed | x pay | | $50.00 | Veldt Labor | $166,806.35 |
| 42596 | 2018-02-27 | Completed | Rj Set 54993 beggining 2/27 | $54,993.00 | | RJ USD | $111,813.35 |
| 13393 | 2018-03-01 | Completed | Rose delivered in Sd | $9,500.00 | | Rose USD | $102,313.35 |
| 87339 | 2018-03-03 | Completed | Veldt sent 22.96 eth at 863.5 | | | | |
| 44060 | 2018-03-03 | Completed | veldt received in TJ | $9,500.00 | | Veldt USD | $92,813.35 |
| 12554 | 2018-03-03 | Completed | x pay | | $50.00 | Veldt Labor | $92,863.35 |
| 19469 | 2018-03-04 | Completed | vedlt received in TJ | $9,500.00 | | Veldt USD | $83,363.35 |
| 1108 | 2018-03-04 | Completed | x pay | | $50.00 | Veldt Labor | $83,413.35 |
| 33116 | 2018-03-05 | Completed | Sent 19.611 ETH at 835 | | $16,375.19 | Crypto Bubble | $99,788.54 |
| 19771 | 2018-03-05 | Completed | vedlt received in TJ | $9,500.00 | | Veldt USD | $90,288.54 |
| 11054 | 2018-03-05 | Completed | x pay | | $50.00 | Veldt USD | $90,338.54 |
| 90369 | 2018-03-06 | Completed | Rose handed joe 9.5k in sd | $9,500.00 | | Rose USD | $80,838.54 |
| 44561 | 2018-03-06 | Completed | veldt received in TJ | $9,500.00 | | Veldt USD | $71,338.54 |
| 78094 | 2018-03-06 | Completed | x pay | | $50.00 | Veldt Labor | $71,388.54 |
| 95196 | 2018-03-06 | Completed | Veldt sent 36.875 | | $27,919.82 | Crypto Bubble | $99,308.36 |
| 49848 | 2018-03-07 | Completed | Veldt received in Tj | $9,500.00 | | Veldt USD | $89,808.36 |
| 59601 | 2018-03-07 | Completed | x pay | | $50.00 | Veldt Labor | $89,858.36 |
| 60519 | 2018-03-07 | Completed | Rose delivered in Sd | $9,500.00 | | Rose USD | $80,358.36 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3606 | 2018-03-08 | Completed | vedlt received in TJ | $9,500.00 | | Veldt USD | $70,858.36 |
| 2635 | 2018-03-08 | Completed | x pay | | $50.00 | Veldt Labor | $70,908.36 |
| 19288 | 2018-03-09 | Completed | Rose handed joe 9.5k in sd | $9,500.00 | | Rose USD | $61,408.36 |
| 20281 | 2018-03-09 | Completed | vedlt received in TJ | $9,500.00 | | Veldt USD | $51,908.36 |
| 72405 | 2018-03-09 | Completed | x pay | | $50.00 | Veldt Labor | $51,958.36 |
| 16624 | 2018-03-11 | Completed | vedlt received in TJ | $9,500.00 | | Veldt USD | $42,458.36 |
| 93973 | 2018-03-11 | Completed | x pay | | $50.00 | Veldt Labor | $42,508.36 |
| 3920 | 2018-03-12 | Completed | Sold for a customer | | $200,474.56 | Crypto Bubble | $242,982.92 |
| 29735 | 2018-03-12 | Completed | Veldt received in Tj | $9,500.00 | | Veldt USD | $233,482.92 |
| 30865 | 2018-03-12 | Completed | x pay | | $50.00 | Veldt Labor | $233,532.92 |
| 18415 | 2018-03-13 | Completed | Veldt Sent 5.52 | | $49,696.00 | Crypto Bubble | $283,228.92 |
| 24921 | 2018-03-13 | Completed | vedlt received in TJ | $9,500.00 | | Veldt USD | $273,728.92 |
| 65410 | 2018-03-13 | Completed | x pay | | $50.00 | Veldt Labor | $273,778.92 |
| 18913 | 2018-03-13 | Completed | Bubble delivered in SD no x | $9,500.00 | | Bubble USD | $264,278.92 |
| 58360 | 2018-03-14 | Completed | BUBBLE SOLD 10BTC | | $77,760.00 | Crypto Bubble | $342,038.92 |
| 23946 | 2018-03-14 | Completed | RJ set beginning 3/16 57861 | $57,861.00 | | RJ USD | $284,177.92 |
| 44950 | 2018-03-17 | Completed | Veldt received in tj | $9,500.00 | | Veldt USD | $274,677.92 |
| 17345 | 2018-03-17 | Completed | x pay | | $50.00 | Veldt Labor | $274,727.92 |
| 59324 | 2018-03-18 | Completed | vedlt received in TJ | $9,500.00 | | Veldt USD | $265,227.92 |
| 36671 | 2018-03-18 | Completed | x pay | | $50.00 | Veldt Labor | $265,277.92 |
| 94973 | 2018-03-19 | Completed | vedlt received in TJ | $9,500.00 | | Veldt USD | $255,777.92 |
| 41792 | 2018-03-19 | Completed | x pay | | $50.00 | Veldt Labor | $255,827.92 |
| 8545 | 2018-03-21 | Completed | Rose handed joe 9.5k in sd | $9,500.00 | | Rose USD | $246,327.92 |
| 42548 | 2018-03-21 | Completed | Veldt sent 255 LTC | | $42,840.00 | Crypto Bubble | $289,167.92 |
| 95952 | 2818-03-21 | Pending | RJ Set of 27k | $16,000.00 | | RJ USD | $289,167.92 |

$1,726,392.90