**30 DEC 2017 - 5 JAN 2018**

| Date | Time | From | Message |
|---|---|---|---|
| 30-Dec | 7:28a | RJ | Here 9k bbq |
| 31-Dec | 7:11a | RJ | Ok 9k dropped done in bbq |
| 2-Jan | 3:59p | RJ | Here 9k bbq |
| 3-Jan | 1:50p | RJ | Here/Done 8k |
| 4-Jan | 8:55p | Jacob | |
| 4-Jan | 8:56p | Jacob | |
| 5-Jan | 10:58a | Jacob | Joe can you confirm 50045 after this set today? |
| 5-Jan | 2:39p | RJ | Ok here. 6045 change/9k,9k,9k,9k,8k, and 6045 |
| 5-Jan | 4:37p | Castillo | Confirmed 50045.00 |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 18cr3554-H
EXHIBIT NO. 6