BURRELL IMPORTS U.S. CURRENCY FROM MEXICO – Statements to CBP

September 21, 2016      $8,000
October 6, 2016      $9,000
October 27, 2016      $7,000
November 16, 2016      $9,000
November 17, 2016      $9,140
November 18, 2016      $9,145
November 19, 2016      $6,000
December 3, 2016      $8,700
    Lives in Rosarito, MX, and has property, such as a hotel, and operates like a hotel, but not officially a hotel.
December 7, 2016      $9,500
    Claims money was his and he was having work done on property in Mexico. Subject stated he always carries at least 5,000 in cash. Subject's explanation for money was a little strange, he couldn't explain origins of his money.
December 9, 2016      $9,357
December 10, 2016      $3,000
December 16, 2016      $8,500
December 31, 2016      $9,005
January 8, 2017      $9,670
January 17, 2017      $9,233
January 18, 2017      $4,000
January 21, 2017      $6,050
January 27, 2017      $9,200
January 31, 2017      $9,250
February 2, 2017      $9,100
    Works for engineering company, and also owner of Airbnb property. He travels with roughly this amount of cash all the time. Going to see father in Chula Vista. Lives in Rosarito, MX.
February 5, 2017      $9,400
February 8, 2017 (am)      $9,500
    Money was from job that he last worked full time approx. 1 yr ago. He has some Airbnb properties in Mexico. Uses the money for expenses.
February 8, 2017 (pm)      $9,580
February 9, 2017      $9,746
    Claims he brings money from SD to MX, and brings same money back. Claims he just likes to travel with money.
February 10, 2017      $9,580
February 15, 2017      $9,850
February 22, 2017      $9,500
March 6, 2017      $9,500
March 7, 2017      $9,534
March 16, 2017      $9,500
March 20, 2017      $6,620
March 25, 2017      $9,000



GOVERNMENT EXHIBIT

CASE NO. 18cr3554H

EXHIBIT NO. 7

March 30, 2017        $9,634
April 24, 2017        $9,560
September 6, 2017     $6,000
   Claims money was the cash from his paycheck from company he works for. Claims he is a software engineer.
June 27, 2018         $9,520
July 2, 2018          $15,057
August 13, 2018       $14,000
   I asked BURRELL if he was bringing any currency over $10,000 and he said no.