Reddit post, approximately August 7, 2018 - Jacob posted to Reddit a question to asking how to illegally enter the United States

AO386-C
**GOVERNMENT
EXHIBIT**

CASE
NO. 18cr3554H

EXHIBIT
NO. 9

↑
5   **○ r/legaladvice**  Posted by u/JacobBubble · 7 days ago
↓

### USA. Is entry outside of ports of entry legal?

TLDR:

Can a US citizen, permanent resident, Visa holding, or otherwise person with proper documentation able to legally enter the USA outside of the designated points of entry?

Context:

I'm a US, UK, and Mexican citizen, with valid passports from each.

Between Tijuana, Baja California, México and San Diego, California, USA; lies the most crossed border in the world (AFAIK). Sometimes the wait to enter the US can reach 6-7 hours, or worse for holidays. There's daily a 3-4 hour wait during the morning rush however.

There are two nearby designated points of entry. San Ysidro (Chapultepec was recently added)

Is any legal restriction preventing someone entering the US, by, say a boat and arriving on the beach or port? What about entering or exiting by a territory that doesn't have a barrier, such as a mountain, or desert?



💬 32 Comments   ➔ Share   🔖 Save   ⊘ Hide   ···

↑
↓   CaInotFail · 12 points · 7 days ago

Unless you properly go through customs, it's an illegal entry.

Share   Save

↑
↓   JacobBubble 🖊 · 12 points · 7 days ago

How can you properly go through customs? Is there documentation you can file on arrival?

How is it possible for a US citizen to make a "illegal entry"? By law, they cannot be denied entry if a US arrives at a US border.

If they aren't brining anything, let's say 100% no clothing, no phone, naked with nothing but their passport through the desert.

How is that illegal? Can you link me to the law or interpretation that makes this illegal? What are the penalties? Is it civil? Criminal I'd imagine?

Share   Save

↑
↓   CaInotFail · 3 points · 7 days ago

Okay, so you sort of have a point. 8 US Sec 1325 is technically only illegal entry by an alien. But if caught, the assumption would be that your passport was fake. You would be arrested and detained. They would probably try to find something else in the vast set of federal laws to charge you with. And it would be a mess.

Share   Save

↑
↓   JacobBubble 🖊 · 2 points · 7 days ago

CBP can quickly and easily lookup the passport in their database and verify it's real. Furthermore, we can add a valid birth certificate, drivers license, and Social Security number to our naked travelers binder.

What law would they whip up? And in the spirit of the law... Why? A US citizen trying to cross into the US without long delays is not a threat. Why would the federal government expend resources on that?

My point is, why use a point of entry? Is there a law requiring it? They clearly can't process citizen's in a timely fashion. Therefore, why can't a US citizen simple go around?

Share   Save