Here is the requested document.



GOVERNMENT EXHIBIT
CASE NO. 18cr3554-H
EXHIBIT NO. 10

JAN 06, 2015 | 02:25PM PST
Alex replied:

Hi Mr. Burrell,

Upon a recent review of your account, we noticed that you have a differing name of "Alicia Campos" to pass ID verification. Can you provide us with your current, valid government-issued ID? You can attach this via ".pdf", ".jpg", or ".png" as an attachment in your reply.

Thank you for your assistance.

Respectfully,

Coinbase
Compliance Team


This message was sent to jacob.bubble1@gmail.com in reference to Case #: 506437.
Follow this link to view the status of your case and add additional comments:
http://support.coinbase.com/customer/portal/private/cases/506437

*Important Note on Email Sent to Multiple Recipients
If you send or reply to a message with multiple recipients, any responses to the thread may show up as part of the case history, even if those exchanges aren't directed to you. In essence, the owner of the original message also owns all communication associated with that case, regardless of who the subsequent senders and recipients are. Our suggestion is to make sure that all recipients are aware of this, and that the sending of sensitive information is avoided.


Hi there! How would you rate the level of service you received?

Gold Star  Green Light  Yellow Light  Red Light

JAN 08, 2015 | 02:57PM PST
Alex replied:

Hi Mr. Burrell,

Thank you for the additional information. According to DOB on the license that you provided, you didn't turn 18 years old until 12/17/2014. Your Coinbase account was created 06/05/2013, more than one and a half years prior to you turning 18 years old. Unfortunately, during that time, you violated our User Agreement (https://www.coinbase.com/legal/user_agreement) which stated that you had to legally be at least 18 years old before using our services.



You purchased and sold a significant amount of bitcoin during that time-frame.

To circumvent the ID verification process we have in place, and to obtain higher purchasing limits, you used your mother's information not linked to you or your bank accounts.

After speaking with my supervisors about your account, unfortunately we have determined that we can no longer provide you with Coinbase services. We apologize for the inconvenience this may cause you now that you are of legal age, but breaking our User Agreement for an extended period of time is something we cannot support.

We ask that you close your Coinbase account using this link:
https://www.coinbase.com/settings/cancel

Thank you for your understanding.

Respectfully,

Coinbase
Compliance Team


JAN 08, 2015 | 06:44PM PST
Jacob replied:

DATE: February 27, 2015 20:44:12 +00:00
SUBJECT: **Re: An Important Message from Coinbase**
FROM: jacob burrell <jacob.bubble1@gmail.com>
REPLY-TO: jacob.bubble1@gmail.com
TO (1): coinbase support <support@coinbase.com>


Date: Fri, 27 Feb 2015 20:44:12 UTC
Subject: Re: An Important Message from Coinbase
From: jacob.bubble1@gmail.com
To: support@coinbase.com
Has Attachment: No


i


On Fri, Jan 9, 2015 at 7:35 AM Coinbase Support <support@coinbase.com> wrote:

---

Type your response ABOVE THIS LINE to reply

Jacob Burrell
Subject: An Important Message from Coinbase


JAN 09, 2015 | 07:34AM PST
Alex replied:

Hi Mr. Burrell,

Thank you for your reply. Unfortunately, we do not allow the use of custodial bank accounts for minors.

The transaction history of your account suggests that you had direct control over the sending and receiving of bitcoin through the



"jacob.bubble1@gmail.com" Coinbase account. Being a minor at the time, this is a violation of our User Agreement.

We kindly ask that you close your Coinbase account using this link: htttps://www.coinbase.com/settings/cancel

Thank you for your understanding.

Respectfully,

Coinbase
Compliance Team

JAN 08, 2015 | 03:20PM PST
Jacob replied:



My mother was the sole person using the account up until my 18th birthday. No person under the age of 18 ever used the account. The bank account was also created by my mother since that's the only way a bank account can be in a minor's name.
Thus, the bank account was indeed linked to my mother.

If you need any direct communication with her to prove any of this I'll be happy to get you in contact.

I was careful to not break that condition set in the User Agreement.

Please understand that giving me no other option but to close my account will not result in me not having access to Coinbase services, it will just result in me using other people's account with their consent. It will be only make me life slightly more difficult and won't accomplish anything but that. No trait of 'consistency' will be upheld since as previously mentioned, no persons under the age of 18 have used my account.

Please do what you can to consult your supervisors to reconsider. I understand that this decision may be final though. In which case simply update me with that and I'll have no choice but to accept the decision.