**GOVERNMENT EXHIBIT**
CASE NO. 18 cr 3554H
EXHIBIT NO. 11

CannaCon
Seattle, WA 2016

Speaker 00
Organizer
(Robert Stephan)

Speaker 08
Moderator
(Caleb Chen)

Speaker 09
(Jacob Burrell)

Speaker 10
(Edgar Hamm)

**CANNACON**
WHERE THE CANNABIS INDUSTRY DOES BUSINESS ®

Speaker 09
Jacob Burrell



Seasoned Bitcoin Trader, Buyer, Seller. Regulations should be enacted and enforced by the collective and voluntary pressure of a society, not by the threat of violence.   Airbitz Team, Developer.