FILED

AUG 17 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 18cr3554-H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| Jacob Campos | ) | |
| Defendant. | ) | |

A. **Order For Detention**

After conducting a detention hearing pursuant to 18 U.S.C.§3142(f) of the Bail Reform Act, the Court orders the above named defendant detained without bail pursuant to 18 U.S.C. §3142(e) and (i).

B. **Statement of Reasons For the Detention**

The Court orders the defendant's detention because it finds:

     ✓      By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

           By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

1

C. **Findings of Fact**

The Court's findings are based on the evidence presented to the Court, including the criminal complaint and attorney proffer(s), and the information contained in the Pretrial Services Report. After considering all of the relevant information and evidence, the Court finds as follows:

(1) Nature and circumstances of the offense charged:

✓ (a) The offense charged: _as set forth in indictment_ is a serious crime and carries a maximum penalty of _____ ___ and a mandatory minimum sentence of _____.

___ (b) The offense is a crime of violence.

___ (c) The offense is a federal crime of terrorism listed in 18 U.S.C. §2332b(g)(5)(B) for which the maximum term of imprisonment is 10 years or more.

___ (d) The offense involves a narcotic drug.

___ (e) The offense involves a large amount of controlled substances, to wit: _____.

(2) Weight of the evidence against the defendant. The Court acknowledges that this is the least significant factor but finds as follows:

✓ (a) There is probable cause to believe the named defendant committed the charged offense.

✓ (b) The evidence against the defendant is strong including: _as proffered by AUSA Robert Ciaffa @ 8/17/18 @ detention hearing_.

(3) History and characteristics of the defendant:

___ The defendant appears to have a mental condition which may affect whether the defendant will appear.

2

1     \_\_\_ The defendant has no/limited family ties to the community.
2     \_\_\_ The defendant is not a long time resident of the community.
3     \_\_\_ The defendant does not have significant community ties.
4     \_\_\_ The defendant has significant family ties to Mexico.
5     ✓ The defendant has other significant ties to Mexico.
6     ✓ The defendant does not have steady employment in the United
7 States.
8     \_\_\_ The defendant does not have substantial financial resources or
9 assets in the United States.
10     \_\_\_ The defendant did not present any/a sufficient bond proposal.
11     \_\_\_ Past conduct of the defendant: _____
12 _____
13     \_\_\_ The defendant has a history relating to drug abuse.
14     \_\_\_ The defendant has a history relating to alcohol abuse.
15     \_\_\_ The defendant has a significant prior criminal record.
16     \_\_\_ The defendant has a prior record of failure to appear at court
17 proceedings.
18     \_\_\_ The defendant has a prior record of probation, parole or
19 supervised release violations and/or revocations.
20     \_\_\_ The defendant is an illegal alien and is subject to deporta-
21 tion.
22     \_\_\_ The defendant is a legal alien and will be subject to deporta-
23 tion if convicted.
24     ✓ Other: *Ability to access large sums of cash*.
25     \_\_\_ At the time of the current arrest, the defendant was on:
26         \_\_\_ Probation     \_\_\_ Parole
27         \_\_\_ Release pending trial, sentence, appeal or completion of
28 sentence.

3

(4) The nature and seriousness of the danger posed by the defendant's release are as follows: _Demonstrated disdain for and unwillingness to comply with U.S. laws._

(5) Rebuttable Presumptions

In determining that the defendant should be detained, the Court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. §3142(e) which the Court finds the defendant has not rebutted.

  ___ (a) That no condition or combination of conditions will reasonably assure the safety of any other person and the community because the Court finds that the crime involves:

    ___ (A) A crime of violence or a crime listed in 18 U.S.C. §2332b(g)(5)(B) for which the maximum sentence is 10 years or more; or

    ___ (B) An offense for which the maximum penalty is life imprisonment or death; or

    ___ (C) A controlled substance violation which has a maximum penalty of 10 years or more; or,

    ___ (D) A felony after the defendant had been convicted of two or more offenses described in (A) through (C) above,

  AND the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above, which was committed while the defendant was on pretrial release and no more than five years have passed since his release from imprisonment for that crime.

  ___ (b) That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:

    ___ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

4

    \_\_\_ (B) That the defendant has committed an offense under 18 U.S.C. §§924(c), 956(a) or 2332b.

    \_\_\_ (C) That the defendant has committed an offense listed in 18 U.S.C. §2332b(g)(5)(B) which has a maximum penalty of 10 years or more.

    \_\_\_ (D) That the defendant has committed an offense involving a minor victim under 18 U.S.C. §§1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), (2) or (3), 2252A(a)(1), (2), (3) or (4), 2260, 2421, 2422, 2423 or 2425.

D. **Additional Directives**

IT IS ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his counsel.

While in custody, on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court.

IT IS SO ORDERED.

Dated: 8/17/18

KAREN S. CRAWFORD
United States Magistrate Judge

cc: District Judge
    All Counsel of Record

5