ADAM L. BRAVERMAN
United States Attorney
ROBERT CIAFFA, CA Bar No.179432
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7748
Email: Robert.ciaffa@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 18-CR-3554-H |
|---|---|
| Plaintiff, | ) |
| v. | ) GOVERNMENT'S NOTICE OF |
|   | ) INTENT TO OFFER FOREIGN |
| JACOB BURRELL CAMPOS, | ) RECORDS OF REGULARLY |
|   | ) CONDUCTED ACTIVITY |
| Defendant. | ) |

The United States of America, by and through its undersigned Assistant United States Attorney, hereby provides notice pursuant to 18 U.S.C. § 3505(b) of its intent to offer in evidence foreign records of regularly conducted activity, specifically, the business records of Bitfinex, already made available in discovery.

Date: August 23, 2018

Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

 /s Robert Ciaffa
ROBERT CIAFFA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JACOB BURRELL CAMPOS,<br><br>Defendant. | Case No.: 18-CR-3554-H<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Robert Ciaffa, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of the "Government's Notice Of Intent To Offer Foreign Records Of Regularly Conducted Activity" on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Russell Babcock, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 23, 2018           *s/Robert Ciaffa*
                                 ROBERT CIAFFA
                                 Assistant United States Attorney