```
ADAM L. BRAVERMAN
United States Attorney
ROBERT CIAFFA
California Bar No. 179432
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-7748
Email: robert.ciaffa@usdoj.gov
```

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 18CR3554-H |
|---|---|
| Plaintiff, | ) |
| v. | ) JOINT MOTION TO (1) CONTINUE<br>) MOTION HEARING/TRIAL SETTING;<br>) AND (2) EXCLUDE TIME UNDER THE<br>) SPEEDY TRIAL ACT |
| JACOB BURRELL CAMPOS, | ) |
| Defendant. | ) |

The United States of America, by its counsel, and defendant Jacob Burrell Campos, by Russell Babcock, Esq., jointly move to continue the motion hearing/trial setting presently scheduled for September 10, 2018, before this Court. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

1.  The Indictment in this case was filed on August 9, 2018. The defendant was arrested on August 13, 2018, and first appeared before a judicial officer of this court on August 14, 2018. The Speedy Trial Act, 18 U.S.C. § 3161(c)(1), requires trial to commence within 70 days from the later of those dates.

2.   Section 3161(h) excludes certain periods of time in calculating the 70 days. That includes delay resulting from a continuance if the court finds "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The court must "set[] forth … either orally or in writing, its reasons" for the finding. *Id.* The court "shall consider" the following factors, "among others":

> (i) Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.
>
> (ii) Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.
>
> …
>
> (iv) Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the existence of due diligence.

18 U.S.C. § 3161(h)(7)(B). "No continuance under [this provision] shall be granted because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." U.S.C. § 3161(h)(7)(C).

3. In this case, the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial for the following reasons:

   a. The defendant is charged with operating an unlicensed money transmitting business, failing to maintain an anti-money laundering program, 28 counts of international money laundering, and conspiracy to structure financial transactions. The charges cover activity occurring from January 2015 to March of 2018. The discovery in this case is unusually large and complex. It consists of thousands of financial transactions involving hundreds of individuals, as detailed in over 100,000 emails/texts messages, bank records (including individual deposits and wire transfers), Bitcoin exchange records, and spreadsheets. During the course of this investigation, which began in early 2016, several electronic devices (such as cell phones and computers) were seized from the defendant and other coconspirators, and additional electronic evidence was obtained via search warrant.

   b. The Government has already begun indexing and compiling the materials for the defense. On August 22, 2018, the Government provided to defense counsel a DVD containing over 6 gigabytes of information, including a download of the defendant's Google account, and hundreds of pages of bank and other financial records. On August 31, 2018, the Government provided to defense counsel another DVD containing electronic evidence such as computer files and text messages, almost 200 pages of border crossing data, and other information. The

Government will index and make available the remaining discovery materials as soon as possible, on a rolling basis.

    c.    The parties seek to continue the hearing for approximately 45-60 days, until late October/early November 2018, to allow the defense the time necessary to receive and analyze the discovery material and bring any pretrial motions as appropriate.

    d.    The parties have exercised due diligence. For reasons above, failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice.

    e.    This is the first request for a continuance of the motion hearing/trial setting in this case.

    f.    Defendant is currently in custody.

4.    Counsel for defendant represents that he has discussed the need for this continuance with defendant. Defendant agrees to and joins in the request for this continuance.

5.    The parties therefore jointly move for a continuance and to exclude time under the Speedy Trial Act. The parties agree the period of delay excluded spans from the filing of this joint motion, 18 U.S.C. § 3161(h)(1)(D), until the new date for the motion hearing/trial setting.

DATED: Aug. 31, 2018    Respectfully submitted,

    ADAM L. BRAVERMAN
    United States Attorney

    s/ROBERT CIAFFA
    Assistant U.S. Attorney

    s/RUSSELL BABCOCK(w/authorization)
    Counsel for defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 18CR3554-H |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| JACOB BURRELL CAMPOS, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

    I, Robert Ciaffa, am a citizen of the United States and am at least 18 years of age.  My business address is 880 Front Street, San Diego, California 92101-8893.

    I am not a party to this case.  I have caused service of the attached Joint Motion on the following parties by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

    Russell Babcock, Esq. (counsel for defendant)

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on Aug. 31, 2018       s/Robert Ciaffa
                                                ROBERT CIAFFA