**PROOF OF SERVICE BY MAIL OR HAND DELIVERY**

Case Name: ***Unites States v. Burrell***   (No.3:18-CR-3554-H-1)

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is that of 1901 First Avenue # 138, San Diego, CA  92101.  I hereby certify that on August 21, 2018, I electronically filed the following documents with the Clerk of the Court by serving it in the CM/ECF system: Discovery Motion.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished under the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 5, 2018 at San Diego, California.

                                                /s/ Russell S. Babcock
                                              RUSSELL S. BABCOCK