# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB BURRELL CAMPOS,<br><br>Defendant. | Case No. 18CR3554-H<br><br>ORDER:<br><br>(1) GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING; AND<br><br>(2) GRANTING JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

GOOD CAUSE APPEARING and based on the joint motion of the parties (Doc. No. 18), the Court GRANTS the parties' joint motion to continue the motion hearing/trial setting date to October 29, 2018 and GRANTS the parties joint motion to exclude time under the Speedy Trial Act. Accordingly, the Court excludes time from August 31, 2018 through October 29, 2018, pursuant to 18 U.S.C. § 3161(h)(1)(D) and (7).

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial. Taking into account the exercise of due diligence by the Defendant, the Court finds that that the amount of discovery and the nature of the charges make it unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by

the Speedy Trial Act. The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice.

Additionally, pending pretrial motions have been filed by the defense (Doc. No. 19) that requires hearing before the Court. Accordingly, the Court continues the pending motions to the new motion hearing date and finds valid excludable time under the Speedy Trial Act. See United States v. Tinklenberg, 563 U.S. 647, 650 (2011).

The motion hearing/trial setting date of September 10, 2018 is vacated and continued to October 29, 2018 at 2:00 p.m. in Courtroom 15A.

IT IS SO ORDERED.

DATED: September 6, 2018            _____
                                    HONORABLE MARILYN L. HUFF
                                    UNITED STATES DISTRICT JUDGE