# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR3554-H |
|---|---|
| Plaintiff, | **AMENDED ORDER OF CRIMINAL FORFEITURE** |
| v. | |
| JACOB BURRELL-CAMPOS, | |
| Defendant. | |

This matter comes before the Court upon the "Government's Motion to Amend Order of Criminal Forfeiture." Having reviewed the motion and the court file, and good cause appearing therefor, the Court grants the motion.

Specifically, the Court finds:

1. The defendant entered into a Plea Agreement which included a consent and agreement to "the immediate entry of an order of forfeiture" in the amount of $823,357.00, as property subject to forfeiture under 18 U.S.C. § 982(a)(1) and 31 U.S.C. § 5317(c)(1)(A). *Forfeiture Addendum to Plea Agreement*, Dkt. #27, at p. 1-2. The agreement also provided that the forfeiture will be in the form of a money judgment against the defendant, and that the judgment will be credited for the net value of any properties seized by the United States in connection with this case. *Id*. The

Agreement further specified that "the United States may take any and all actions available to it to collect the full amount of the forfeiture, including, but not limited to enforcement of the judgment against substitute assets as provided in 21 U.S.C. § 853(p)." *Id.* at p. 3.

2. On October 29, 2018, pursuant to the Plea Agreement, this Court entered an Order of Criminal Forfeiture against the defendant in the amount of $823,357.00. *Order of Criminal Forfeiture*, Dkt. #28. The Order embodied all of the requirements in the Plea Agreement, including the United States' right, pursuant to Rule 32.2(b)(3), to "conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced," and well as the United States' right, pursuant to Rule 32.2(e), to move "to amend this Order of Forfeiture to substitute property having a value not to exceed $823,357.00 to satisfy the forfeiture in whole or in part." *Id.* at p. 3.

3. The United States has identified the following property which is owned by Burrell and which constitute substitute assets to partially satisfy the outstanding money judgment:

   a. Account 5RY-66473-10 RR DPA, in the name of Jacob Burrell-Campos, at Robinhood Financial, 85 Willow Road, Menlo Park, CA, including all equities, cash and credits on account; and,

   b. 2009 Toyota Prius, Vehicle Identification Number JTDKB20U393481438, currently bearing California License Plate 6HFJ161, and registered to Jacob Julio Burrel Campos or Alicia Campos, 11507 Fury Lane, El Cajon, CA 92019.

4. WHEREFORE, pursuant to Fed.R.Crim.P. 32.2(e)(1)(B) and (2)(A), it is hereby ORDERED AND ADJUDGED that the Order of Forfeiture entered on October 29, 2018, is amended to include the following property, which is hereby ordered forfeited to the United States:

   a. Account 5RY-66473-10 RR DPA, in the name of Jacob Burrell-Campos, at Robinhood Financial, 85 Willow Road, Menlo Park, CA, including all equities, cash and credits on account; and,

//

  b. 2009 Toyota Prius, Vehicle Identification Number JTDKB20U393481438, California License Plate 6HFJ161, and registered to Jacob Julio Burrel Campos or Alicia Campos, 11507 Fury Lane, El Cajon, CA 92019.

  5. IT IS FURTHER ORDERED that upon receipt of this order, Robinhood Financial shall liquidate all equities, cash and credits in the aforementioned account, and remit the proceeds to Customs and Border Protection.

  6. IT IS FURTHER ORDERED that the United States or its designated contractor is hereby authorized to take all actions to enforce this order including, but not limited to applying the net proceeds from the sale of the aforementioned assets to the outstanding forfeiture judgment including all accrued interest, and disposing of those forfeited funds in accordance with law. Any net proceeds remaining after the payment of the judgment shall be remitted to the defendant through the Treasury Offset Program.

  7. IT IS FURTHER ORDERED that the Court will retain jurisdiction to issue any additional orders needed with respect to title issues regarding the sale.

IT IS SO ORDERED.

DATED: February 11, 2019

                HONORABLE MARILYN L. HUFF
                UNITED STATES DISTRICT JUDGE