# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JACOB JULIO BURRELL CAMPOS,<br><br>               Defendant. | Case No. 18CR3554-H<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

      Good cause appearing and after review of Defendant Jacob Julio Burrell Campos' ("Defendant") motion (Doc. No. 61), with no opposition from the Government (Doc. No. 63), the Court GRANTS the Defendant's unopposed motion to modify the conditions of his supervised release to permit travel to the United Kingdom of Great Britain and Northern Ireland ("U.K."). Accordingly, the Defendant is permitted to travel from the Republic of Mexico to the U.K. for the purpose of participating in the birth of his child and may remain in the U.K. for up to six months beginning in July 2021. <u>See United States v. Wolf Child</u>, 699 F.3d 1082, 1087 (9th Cir. 2012) ("We hold that the fundamental right to familial association, implicated by the parts of the special conditions [of supervised release] … is a particularly significant liberty interest."). (internal quotation marks omitted).

The Defendant is to provide his itinerary and U.K. residential address to his probation officer prior to his departure and is to check in with his probation officer by telephone and/or by videoconference during his stay in the U.K. as directed by the probation officer. All other terms and conditions of the Defendant's supervised release remain unchanged.

The Court reserves the right to revoke or modify the conditions of supervised release should the Defendant fail to comply with the conditions of his supervised release. 18 U.S.C. 3583(e)(2) (A court "may modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the terms and conditions of post-release supervision[.]"); United States v. Miller, 205 F.3d 1098, 1100 (9th Cir. 2000) ("[D]istrict courts have broad discretion to alter the conditions of a defendant's supervised release.").

The Clerk is directed to send a copy of this order to the Defendant and to the U.S. Probation Office.

IT IS SO ORDERED.

DATED: May 26, 2021

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE